

U.S. Department of Justice

Federal Bureau of Prisons

*Metropolitan Correctional Center*

---

*808 Union Street*
*San Diego, CA 92101*

FILED
MAY 0 8 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

May 5, 2008

The Honorable William McCurine, Jr.
United States Magistrate Judge
940 Front Street
San Diego, CA 92101

RE:   United States of America v. Hector Olivera-Torres
      Docket Number: 08-MJ-0530

Dear Judge McCurine:

The purpose of this correspondence is to advise the Court of the status of a court ordered psychological evaluation on the above referenced defendant and to request an extension of time. Mr. Olivera-Torres' evaluation is being conducted by a psychologist at the Metropolitan Correctional Center in San Diego (MCC San Diego).

On March 27, 2008, we requested an extension of time to complete this evaluation, due to a large number of studies and other duties assigned to our forensic psychologists. It was anticipated that the evaluation would be completed by May 8, 2008. However, defendant Olivera-Torres has spent the majority of that time in our Special Housing Unit, making evaluation of his condition difficult. We are therefore requesting one additional week to complete this evaluation. If granted, we will provide the report to the Court and copies to the prosecuting and defense attorneys on or before May 15, 2008.

If you have any questions, please contact me at (619) 232-4555.

Sincerely,

*[signature]*

Paula M. Jarnecke
Warden

cc: Hanni M. Fakhoury, Federal Defenders of San Diego
    Carlos Cantu, Special Assistant U.S. Attorney